UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Lyla Smith,

                                      Plaintiff,

-against-

City of New York, Sgt. David Leonardi, Sgt. Joseph Cruzado, Det. "John" Bier, John and Jane Does 1-10,

                                     Defendants.

-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 7132 (GBD)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007

By: _____
Robert Marinelli
*Attorney for Plaintiff*

Dated: New York, New York
_____, 2013

OCT 0 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, Leonardi and Cruzado*
100 Church Street, Rm. 3-193
New York, New York 10007

By: _____
Kate McMahon
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2